UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RANDALL S. BRILLON,<br><br>　　　　　Plaintiff,<br>v.<br>CAROLYN W. COLVIN,<br>Commissioner of Social Security,<br><br>　　　　　Defendant. | No.  CV-12-40-RMP<br><br>JUDGMENT IN A<br>CIVIL CASE |

**DECISION BY THE COURT:**

This action came to hearing before the court.  The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that:

Plaintiff's Motion for Summary Judgment is **GRANTED**.

Defendant's Motion for Summary Judgment is **DENIED.**  This case is **REMANDED** for a new hearing before a new ALJ.

Judgment is entered for the Plaintiff.

DATED:  November 8, 2013

　　　　　　　　　　　　　　　SEAN F. McAVOY
　　　　　　　　　　　　　　　Clerk of Court

　　　　　　　　　　　　　　　By: *s/Renea Grogan*
　　　　　　　　　　　　　　　　　　Deputy Clerk

**1 | JUDGMENT IN A CIVIL CASE**