UNITED STATES DISTRICT COURT 2:12-cv-00502

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RANDALL S. BRILLON,<br><br>                   Plaintiff,<br>    v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>                   Defendant. | NO: CV-12-040-RMP<br><br>ORDER GRANTING DEFENDANT'S MOTION TO ALTER JUDGMENT |

Before the Court is the Defendant's motion to alter judgment, ECF No. 31. The Court has reviewed the motion, the Court's prior order, and is fully informed. The Plaintiff has not responded to the motion.

On November 8, 2013, this Court granted the Plaintiff's motion for summary judgment and remanded this case for further proceedings. ECF No. 29. As part of its remand order, the Court ordered that hearings be conducted in front of a "new ALJ." ECF No. 29 at 20. After a review of the Plaintiff's motion, the Court finds good cause to strike this requirement. As a result the Court strikes the word "new"

ORDER GRANTING DEFENDANT'S MOTION TO ALTER JUDGMENT~ 1

1  from lines nine and sixteen of page twenty.  The Commissioner is free to hold

2  hearings before the same ALJ as heard this matter previously.

3       Accordingly, **IT IS HEREBY ORDERED:**

4       1.  The Defendant's motion, **ECF No. 31**, is **GRANTED**.

5       **IT IS SO ORDERED**.

6       The District Court Executive is hereby directed to enter this Order, to

7  provide copies to counsel, and to close this file.

8       **DATED** this 6th day of January 2014.

10                                       *s/ Rosanna Malouf Peterson*
                                  ROSANNA MALOUF PETERSON
                             Chief United States District Court Judge

ORDER GRANTING DEFENDANT'S MOTION TO ALTER JUDGMENT~ 2